# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### (973) 622-4828

CHAMBERS OF

JOSEPH A. GREENAWAY, JR.

JUDGE

U.S.P.O. and Courthouse
Federal Square and Walnut St.
P.O. Box 999
Newark, New Jersey 07102-0999

May 15, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

Dear Sir/Madame:

　　　While preparing my financial disclosure report for calendar year 2006, I realized that my wife had rolled over her 401(k) from her former employer, Siemens Corporation, to a 401(k) account held at Chase.  This rollover had occurred on January 5, 2005, and should have been reflected in Section VII of my 2005 financial disclosure report.  I noted the rollover in Section VII of my 2006 financial disclosure report.  If you have any questions, please do not hesitate to contact me.

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greenaway, Jr., Joseph A | U.S. District Court New Jersey | 4/27/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination,   Date <br> ☐ Initial   ☒ Annual   ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b.   ☐   Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| MLK Federal Courthouse <br> 50 Walnut Street <br> Newark, NJ 07101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board Member | Columbia College Black Alumni Council |
| 2.   Advisor | Columbia University's Alumni of Color Outreach (Mentoring Program) |
| 3.   Associate Editor | ABA Litigation Magazine |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 94-96 | Johnson & Johnson Employee Savings Plan |
| 2. 95-96 | Johnson & Johnson Pension Plan |
| 3. | |

RECEIVED 2007 MAY 15 P 3: 24 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 4/27/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Rutgers School of Law - teaching spring and summer semesters | $ 18,038.78 |
| 2. 2006 | Cardozo School of Law - teaching fall semester | $ 6,465 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | self-employed legal consultant |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | October 12-15, 2006, Santa Barbara, CA (transportation, lodging, meals) |
| 2. | International Institute for Conflict Prevention & Resolution | November 7, 2006, New York, NY (transportation, lodging, meal) |
| 3. | NY Intellectual Property Law Association | March 24, 2006, New York, NY (lodging, meal) |
| 4. | Cardozo School of Law | March 22, 2006, New York, NY (transportation) |
| 5. | Cardozo School of Law | June 5, 2006, New York, NY (transportation) |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 4/27/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Magyar Savings Bank | Line of Credit | M |
| 2. Chase | Line of Credit | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 4/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Express common stock | A | Dividend | J | T | | | | | |
| 2. Coca-Cola common stock | A | Dividend | K | T | | | | | |
| 3. Merck common stock | A | Dividend | J | T | | | | | |
| 4. Microsoft common stock | A | Dividend | L | T | | | | | |
| 5. McDonalds common stock | A | Dividend | J | T | | | | | |
| 6. Johnson & Johnson common stock | D | Dividend | O | T | | | | | |
| 7. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 8. Citibank (checking & savings) | A | Interest | J | T | | | | | |
| 9. Disney common stock | A | Dividend | J | T | | | | | |
| 10. Intel common stock | A | Dividend | J | T | | | | | |
| 11. Pepsi common stock | A | Dividend | J | T | | | | | |
| 12. Johson & Johnson 401(k) | A | Interest | N | T | | | | | |
| 13. Siemens 401(k) | A | Interest | | | Sell | 1/5/5 | O | | Rollover to line 22 |
| 14. Nextel common stock | A | Dividend | J | T | | | | | |
| 15. AT&T common stock | A | Dividend | J | T | | | | | |
| 16. U.S. Treasury Strips | A | Interest | J | T | | | | | |
| 17. Federal Home Loan Mortgage zero coupons | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 4/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dell Computers common stock | A | Dividend | J | T | | | | | |
| 19. AT&T Wireless common stock | A | Dividend | J | T | | | | | |
| 20. GE common stock | A | Dividend | J | T | | | | | |
| 21. Yum! Brands | A | Dividend | J | T | | | | | |
| 22. Chase 401K | A | Dividend | O | T | Open | 1/5/5 | O | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 4/27/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 4/27/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ 5-14-07

NOTE: AN███████████████████████████FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRI███

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544